No. 898, Misc.  PACCIONE *v.* HERITAGE, WARDEN.  C. A. 5th Cir.  Certiorari denied.  *Emmet J. Bondurant* for petitioner.  *Solicitor General Cox, Assistant Attorney General Marshall, Harold H. Greene* and *David Rubin* for respondent. ▮

No. 976, Misc.  KIRKWOOD *v.* PATE, WARDEN.  C. A. 7th Cir.  Certiorari denied.  Petitioner *pro se.*  *William G. Clark,* Attorney General of Illinois, for respondent.

No. 1031, Misc.  McBEE *v.* TENNESSEE.  Supreme Court of Tennessee.  Certiorari denied.  *William Earl Badgett* for petitioner.  *George F. McCanless,* Attorney General of Tennessee, and *Thomas E. Fox,* Assistant Attorney General, for respondent. ▮

No. 1035, Misc.  LEGGETT *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.  *Daniel R. Dixon* for petitioner.  *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States. ▮

No. 1049, Misc.  CREWS *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.  Petitioner *pro se.*  *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States. ▮

No. 1059, Misc.  WILSON *v.* ILLINOIS.  Supreme Court of Illinois.  Certiorari denied.  Petitioner *pro se.*  *Daniel P. Ward* and *Elmer C. Kissane* for respondent. ▮

No. 1071, Misc.  ELLIS *v.* UNITED STATES.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.  Petitioner *pro se.*  *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.